**F. L. REVELL v. J. G. ANDERSON REALTY COMPANY**

16 So. (2nd) 640                                        January Term, 1944
February 11, 1944                                                En Banc

*I. P. Barlow* and *W. W. Whitehurst,* for appellant.

*L. Grady Burton,* for appellee.

PER CURIAM:

No reversible error is made to appear and, therefore, judgment is affirmed.

So ordered.

BUFORD, C. J., TERRELL, BROWN, ADAMS and SE-BRING, JJ., concur.

THOMAS, J., dissents.

CHAPMAN, J., not participating.